IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00127-MSK-MEH

123 FIT FRANCHISING, LLC,

    Plaintiff,

v.

BRIAN HANSON, and
MELINDA HANSON,

    Defendants.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **March 26, 2007 at 1:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address the setting of a hearing on the Plaintiff's Motion for Preliminary Injunction **(7),** including the length of such hearing.

Counsel may appear at this hearing by telephone. To appear telephonically, counsel and any *pro se* parties shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 29th day of January, 2007

                                                **BY THE COURT:**

                                                */s/ Marcia S. Krieger*
                                                _____
                                                Marcia S. Krieger
                                                United States District Judge