IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00127-MSK-MEH

123 FIT FRANCHISING, LLC,

        Plaintiff,

v.

BRIAN HANSON, and
MELINDA HANSON,

        Defendants.

## STIPULATED ORDER FOR PERMANENT INJUNCTION

THIS MATTER comes before the Court on the parties' Stipulated Motion for Entry of Stipulated Permanent Injunction.

The parties stipulate that:

Plaintiff 123 Fit Franchising, LLC has developed a system for the operation and promotion of coed fitness clubs featuring circuit training and offering fitness-related products and services (the "123 Fit System"). The 123 Fit System includes, the common use and promotion of the name "123 Fit" and related marks (the "Marks"). 123 Fit authorizes individuals and corporations to use the 123 Fit System and 123 Fit's "Proprietary Information" through the execution of Franchise Agreements. 123 Fit has developed distinctive specifications for quality, design, appearance, function, and performance for equipment, devices, décor, displays, and other operating assets (the "Trade Dress").

Based upon these stipulations of the parties:

**IT IS ORDERED** that the Stipulated Motion for Entry of Stipulated Permanent Injunction is hereby **GRANTED**, and Defendants, and their agents, employees, affiliates, and those acting in concert with them are hereby ordered to immediately:

1. Refrain from using 123 Fit's Marks, Trade Dress, and Proprietary Information;

2. Return any item of 123 Fit's Proprietary Information in Defendants' possession including, without limitation, training and operations manuals;

3. Take such action as is required to cancel or assign to 123 Fit any fictitious or assumed name or equivalent registrations relating to Defendants' use of any 123 Fit Mark;

4. Deliver to 123 Fit all signs, sign faces, sign-cabinets, marketing materials, forms, and other materials in Defendants' possession which contain any Mark or otherwise identifying or relating to 123 Fit;

5. Notify all telephone and internet service providers, and all telephone and internet directory publishers of the termination of Defendants' right to use any current numbers and directory listings associated with any 123 Fit Mark; and

6. Return all equipment and signage provided to Defendants by 123 Fit.

This injunction shall dissolve and be of no further effect in the event that Defendants become franchisees of 123 Fit.

Except for proceedings necessary to enforce this Stipulated Order for Permanent Injunction, this matter is hereby dismissed.

Dated this 23rd day of March, 2007

**BY THE COURT:**

*[signature: Marcia S. Krieger]*

Marcia S. Krieger
United States District Judge